57D01-2304-CT-000023
Filed: 4/20/2023 9:18 AM
Clerk
Noble County, Indiana

Noble Superior Court

USDC IN/ND case 1:23-cv-00217-HAB-SLC   document 5   filed 04/20/23   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE NOBLE SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF NOBLE ) | | CAUSE NO._____ |

HOPE STEFFE,            )
                       )
      Plaintiff,     )
                       )
v.                     )
                       )
TENNECO AUTOMOTIVE     )
OPERATING COMPANY, INC.,)
                       )
      Defendant.     )

## **COMPLAINT**

Plaintiff, by counsel, alleges against Defendant that:

1. The Plaintiff is Hope Steffe who filed an EEOC Charge of Discrimination on August 5, 2021, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A".

2. The EEOC issued a Determination and Notice of Rights on January 31, 2023 (attached as Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

3. The Defendant is Tenneco Automotive Operating Company, Inc. ("Tenneco"), an Indiana corporation doing business at 1490 Gerber Street, Albion, Indiana 46767. Defendant's Registered Agent is Corporate Creations Network, Inc., 8520 Allison Pointe Boulevard, #220, Indianapolis, Indiana 46250.

4. Plaintiff alleges that she was discriminated against and discharged on account of her disability in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §

12111 *et seq*. ("ADA"), and that she was discharged out of retaliation for asserting her rights under the ADA. Plaintiff incorporates all of the facts and circumstances set forth in her EEOC Charge of Discrimination (Exhibit "A").

5. Plaintiff contends that she was a qualified individual under the ADA, that she was discriminated against on the basis of her disability/perceived disability/record of impairment, that Defendant failed to engage in the interactive process with her, that Defendant denied her reasonable accommodations for her disability, and then retaliated against Plaintiff for attempting to participate in the interactive process and obtain reasonable accommodations so she could continue her employment.

6. As a result of Defendant's discrimination and retaliation, Plaintiff suffered lost income, financial distress, emotional distress, humiliation, embarrassment, mental anguish, and other damages and injuries for which she seeks compensatory damages.

7. Defendant's conduct was intentional and in reckless disregard of Plaintiff's federally protected rights under the ADA warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

        Respectfully submitted,

        **MYERS SMITH WALLACE, LLP**


        /s/Christopher C. Myers
        Christopher C. Myers, #10043-02
        809 South Calhoun Street, Suite 400
        Fort Wayne, IN 46802
        Telephone: (260) 424-0600
        Facsimile: (260) 424-0712
        E-mail: cmyers@myers-law.com
        Counsel for Plaintiff